| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter **11** |

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Island Roofing and Restoration, LLC** |
| --- | --- | --- |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Franks Roofing and Spraying**<br>**DBA  Island Roofing & Sheet Metal LLC**<br>**DBA  Island Services Roofing HVAC Electrical Plumbing** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **82-2928308** |

| 4. | Debtor's address | Principal place of business | Mailing address, if different from principal place of business |
| --- | --- | --- | --- |
| | | **5570 Enterprise Pkwy**<br>**Fort Myers, FL 33905** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Lee** | Location of principal assets, if different from principal place of business |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
| --- | --- | --- |

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| --- | --- | --- |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor   **Island Roofing and Restoration, LLC**
_____   Case number (*if known*) _____
         Name

**7.**  **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | | When | | Case number | |
|----------|---|------|---|-------------|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Island Roofing and Restoration, LLC**                                    Case number (*if known*) _____
         Name

**10.  Are any bankruptcy cases**          ■ No
      **pending or being filed by a**      ☐ Yes.
      **business partner or an**
      **affiliate of the debtor?**

List all cases. If more than 1,          Debtor  _____          Relationship  _____
attach a separate list
                                         District  _____  When  _____  Case number, if known  _____

**11.  Why is the case filed in**  *Check all that apply:*
      ***this district?***
                                   ■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                        preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                   ☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**    ■ No
      **have possession of any**   ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
      **real property or personal**
      **property that needs**
      **immediate attention?**     **Why does the property need immediate attention?** (*Check all that apply.*)

                                   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                        What is the hazard?  _____

                                   ☐ It needs to be physically secured or protected from the weather.

                                   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                        livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                   ☐ Other  _____

                                   **Where is the property?**  _____
                                                              Number, Street, City, State & ZIP Code

                                   **Is the property insured?**

                                   ☐ No

                                   ☐ Yes.  Insurance agency  _____

                                            Contact name  _____

                                            Phone  _____

⬛  **Statistical and administrative information**

**13.  Debtor's estimation of**  .   *Check one:*
      **available funds**
                                     ■ Funds will be available for distribution to unsecured creditors.

                                     ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**     ■ 1-49                    ☐ 1,000-5,000              ☐ 25,001-50,000
      **creditors**              ☐ 50-99                   ☐ 5001-10,000              ☐ 50,001-100,000
                                 ☐ 100-199                 ☐ 10,001-25,000            ☐ More than100,000
                                 ☐ 200-999

**15.  Estimated Assets**        ☐ $0 - $50,000            ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
                                 ☐ $50,001 - $100,000      ■ $10,000,001 - $50  million    ☐ $1,000,000,001 - $10 billion
                                 ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
                                 ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16.  Estimated liabilities**   ☐ $0 - $50,000            ■ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                        page 3

Debtor   **Island Roofing and Restoration, LLC**                                      Case number (*if known*) _____
         Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million         ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| Debtor | **Island Roofing and Restoration, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**November 22, 2023**__
MM / DD / YYYY

**X** __/s/ Jason Martin__          __Jason Martin__
Signature of authorized representative of debtor          Printed name

Title   __**Manager**__

**18. Signature of attorney**

**X** __/s/ Alberto ("Al") F. Gomez, Jr.__          Date __**November 22, 2023**__
Signature of attorney for debtor          MM / DD / YYYY

**Alberto ("Al") F. Gomez, Jr. 784486**
Printed name

**Johnson, Pope, Bokor,**
Firm name

**Ruppel & Burns, LLP**
**401 East Jackson Street #3100**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone   **813-225-2500**          Email address

**784486 FL**
Bar number and State

<table>
<tr><td colspan="3">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td colspan="2"><b>Island Roofing and Restoration, LLC</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td colspan="2"><b>MIDDLE DISTRICT OF FLORIDA</b></td></tr>
<tr><td>Case number (if known):</td><td colspan="2"></td></tr>
</table>

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ABC Supply Co Inc. PO Box 742067 Atlanta, GA 30374-2067** | | | | | | **$806,196.00** |
| **First Florida Integrity Bank PO Box 71205 Charlotte, NC 28272-1205** | | credit card | | | | **$34,940.86** |
| **Jason and Joshua Martin 5570 Enterprise Pkwy Fort Myers, FL 33905** | | shareholder note | | | | **$645,417.97** |
| **Mesh Pay US, Inc. 26 Broadway New York, NY 10004** | | credit card | | | | **$795,356.43** |
| **Michael F. Larkin Deborah J. Larkin 8012 Princeton Dr. Naples, FL 34104** | | notice of claim | Disputed | | | **$0.00** |
| **NB Handy 4550 Home Run Blvd, Ste 400 Davenport, FL 33837** | | | | | | **$6,860.67** |
| **NRG2 LLC 2125 April Lane Guthrie, OK 73044** | | plaintiff in lawsuit | Contingent Unliquidated Disputed | | | **$0.00** |
| **PMB Holdings LLC 11153 Lakeland Cir Fort Myers, FL 33913** | | plaintiff in lawsuit | Contingent Unliquidated Disputed | | | **$0.00** |
| **Reliant Public Adjusters LLC 2338 Immokalee Rd #185 Naples, FL 34110** | | plaintiff in lawsuit | Contingent Unliquidated Disputed | | | **$0.00** |

Debtor   **Island Roofing and Restoration, LLC**                    Case number *(if known)* _____

_____ Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Reliant Public Insurance Adjusters, Inc.** 2338 Immokalee Rd #185 Naples, FL 34110 | | **plaintiff in lawsuit** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Sims Crane & Equipment Co** 1219 US Hwy N 301 Tampa, FL 33619 | | | | | | $34,109.77 |
| **SPEC Building Mat. Corp** 2840 Roe Lane Kansas City, KS 66103 | | | | | | $6,518.44 |
| **Spectra Gutter Systems** 2081 Beacon Manor Dr Fort Myers, FL 33907 | | | | | | $27,029.04 |
| **Sunniland Corporation** PO Box 8001 Sanford, FL 32772-8001 | | | | | | $83,663.81 |
| **Thomas Caffrey c/o Tom J. Manos Manos Schenk PL 1395 Brickell Ave 8th FL Miami, FL 33131** | | **plaintiff in lawsuit** | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Wex Bank** PO Box 6293 Carol Stream, IL 60197-6293 | | | | | | $15,707.00 |

### United States Bankruptcy Court
#### Middle District of Florida

In re   **Island Roofing and Restoration, LLC** _____   Case No. _____

_____ Debtor(s)   Chapter   **11** _____

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **November 22, 2023** _____          **/s/ Jason Martin** _____

                                                       **Jason Martin**/**Manager**
                                                       Signer/Title

Island Roofing and Restoration, LLC
5570 Enterprise Pkwy
Fort Myers, FL 33905

Clermont Condominium Assoc.
Attn:  Ralf Caccia
1500 Clermont Dr.
Naples, FL 34109

FFI Contracting Services
16141 Old US Highway 41
Fort Myers, FL 33912

Alberto ("Al") F. Gomez, Jr.
Johnson, Pope, Bokor,
  Ruppel & Burns, LLP
401 East Jackson Street #3100
Tampa, FL 33602

Compass Rose Management
1010 NE 9th St.
Cape Coral, FL 33909

First Baptist Church
4117 Coronado Pkwy
Cape Coral, FL 33904

ABC Supply Co Inc.
PO Box 742067
Atlanta, GA 30374-2067

Construction Managers, Inc.
5621 Strand Blvd #115
Naples, FL 34110

First Florida Integrity Bank
PO Box 71205
Charlotte, NC 28272-1205

Ally Financial
PO Box 380901
Minneapolis, MN 55438

D-Squared Construction
17102 Alico Center Rd, Unit
Fort Myers, FL 33967

FL Dep of Revenue
Collection Agency Section
5050 W Tennessee St.
Tallahassee, FL 32399

Ally Financial
PO Box 9001951
Louisville, KY 40290-1951

De Lage Landen Financial Ser
PO Box 41602
Philadelphia, PA 19101

Florida Lemark
8750 NW 36th St. #200
Miami, FL 33178

Belfor USA Group, Inc.
185 Oklahoma Ave.
Birmingham, MI 48009

DeAngelis Diamond
  Construction, LLC
6635 Willow Park Dr.
Naples, FL 34109

Ford Credit
PO Box 650575
Dallas, TX 75265-0575

Bradford Construction Group
2928 4th St. NW
Naples, FL 34120

Envirostruct, LLC
26701 Dublin Woods Cir
Bonita Springs, FL 34135

Ford Credit
PO Box 650574
Dallas, TX 75265-0575

Build LLC
950 1st Ave. North #200
Naples, FL 34102

ES Homes, LLC
26701 Dublin Woods Circle
Bonita Springs, FL 34135

GCM Contracting Solutions
16121 Lee Rd #101
Fort Myers, FL 33912

Chris-Tel Company Southwest
  Florida, Inc.
d/b/a Chris-Tel Construction
2534-A Edison Ave.
Fort Myers, FL 33901

FCCI Insurance Company
6300 University Pkwy
Sarasota, FL 34240

Hamisch & Hurvitz
501 Goodlette Rd N #A210
Naples, FL 34102

Heatherwood Construction Co
8880 Terrene Court
Bonita Springs, FL 34135

Mesh Pay US, Inc.
26 Broadway
New York, NY 10004

Rockford Construction Co
601 First Street NW
Grand Rapids, MI 49504

Interface CollaborativeGroup
5570 Enterprise Pkwy
Fort Myers, FL 33905

Michael F. Larkin
Deborah J. Larkin
8012 Princeton Dr.
Naples, FL 34104

Rycon Construction Inc
2501 Smallman St #100
Pittsburgh, PA 15222

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

NB Handy
4550 Home Run Blvd, Ste 400
Davenport, FL 33837

Salvation Army
15418 S Tamiami Trail
Fort Myers, FL 33908

Jason and Joshua Martin
5570 Enterprise Pkwy
Fort Myers, FL 33905

NRG2 LLC
2125 April Lane
Guthrie, OK 73044

Scherer Construction LLC
2152 14th Circle N
Saint Petersburg, FL 33713

JJ Build SWFL
24443 Dietz Dr.
Bonita Springs, FL 34135

Olde Florida Contracting,Inc
12940 Express Court #5
Fort Myers, FL 33913

Sims Crane & Equipment Co
1219 US Hwy N 301
Tampa, FL 33619

Kast Construction CompanyLLC
701 Northpoint Pkwy #400
West Palm Beach, FL 33407

Palmer Square West
 Condominium Association
c/o Advanced Management Inc.
9031 Town Center Pkwy
Bradenton, FL 34202

SPEC Building Mat. Corp
2840 Roe Lane
Kansas City, KS 66103

Lee County Tax Collector
PO Box 1609
Fort Myers, FL 33902

PMB Holdings LLC
11153 Lakeland Cir
Fort Myers, FL 33913

Spectra Gutter Systems
2081 Beacon Manor Dr
Fort Myers, FL 33907

Libertas Funding LLC
411 W Putnam Ave. #220
Greenwich, CT 06830

Reliant Public Adjusters LLC
2338 Immokalee Rd #185
Naples, FL 34110

Stultz Inc.
6216 Whiskey Creet Dr #B
Fort Myers, FL 33919

Matthew F Watkins, Esq
1112 Goodlette-Frank Rd #204
Naples, FL 34102

Reliant Public Insurance
 Adjusters, Inc.
2338 Immokalee Rd #185
Naples, FL 34110

Suncoast Roofer's Supply
PO Box 405850
Atlanta, GA 30384-5850

Sunniland  Corporation
PO Box  8001
Sanford, FL 32772-8001


Thomas  Caffrey
c/o Tom J. Manos
Manos Schenk PL
1395 Brickell Ave 8th FL
Miami, FL 33131

Wallace  Associates  LLC
5435 M.L. King Street N
Saint Petersburg, FL 33703


WaltBillig  &  Hood  General
   Constractors  LLC
1004 Collier Center Way #100
Naples, FL 34110


Wex  Bank
PO Box  6293
Carol Stream, IL 60197-6293


Wichman  Construction
5029 W Grace St
Tampa, FL 33607