

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

10/01/2025 02:00 PM

COURTROOM Room 4-102

**HONORABLE CARYL DELANO**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 2:23-bk-01419-FMD | 11 | 11/22/2023 |

**Chapter 11**

**DEBTOR:**    Island Roofing and Restoration, LLC

**DEBTOR ATTY:**   Yasser Lakhlifi

**TRUSTEE:**   Ruediger Mueller

**HEARING:**

Closing Arguments on Objection to Claim(s). Claim No. 19 of NRG 2, LLC. Contains negative notice. Filed by Alberto F Gomez Jr. on behalf of Debtor Island Roofing and Restoration, LLC Doc #177
- Response to Objection to Claim Filed by Aimee Melich on behalf of Creditor NRG 2 LLC (related document(s)[177]). (Melich, Aimee) Doc #193
- Objection to Creditor NRG2, LLC&#039;s Exhibits Filed by Donald Grayson Peterson on behalf of Debtor Island Roofing and Restoration, LLC. (Peterson, Donald) Doc #360
- Objection to Debtor&#039;s Exhibits Filed by Ricardo A Rodriguez on behalf of Creditor NRG 2 LLC (related document(s)[345]). (Rodriguez, Ricardo). Related document(s) [177], [345]. Modified on 9/8/2025 (KEM). Doc #365
- Response to Creditors, NRG2, LLC, Objections to Debtors Deposition Transcript Designations Filed by Donald Grayson Peterson on behalf of Debtor Island Roofing and Restoration, LLC. (Attachments: # [1] Exhibit Ex. A - Hearing Memo) (Peterson, Donald). Related document(s) [376]. Modified on 9/25/2025 (RS). Doc #377

**APPEARANCES:**:  Donald Peterson, Ricardo Rodriguez, Ruediger Mueller

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Closing Arguments on Objection to Claim(s). Claim No. 19 of NRG 2, LLC. Contains negative notice. Filed by Alberto F Gomez Jr. on behalf of Debtor Island Roofing and Restoration, LLC Doc #177   -   Under Advisement

- Response to Objection to Claim Filed by Aimee Melich on behalf of Creditor NRG 2 LLC (related document(s)[177]). (Melich, Aimee) Doc #193

- Objection to Creditor NRG2, LLC's Exhibits Filed by Donald Grayson Peterson on behalf of Debtor Island Roofing and Restoration, LLC. (Peterson, Donald) Doc #360

- Objection to Debtor's Exhibits Filed by Ricardo A Rodriguez on behalf of Creditor NRG 2 LLC (related document(s)[345]). (Rodriguez, Ricardo). Related document(s) [177], [345]. Modified on 9/8/2025 (KEM). Doc #365

- Response to Creditors, NRG2, LLC, Objections to Debtors Deposition Transcript Designations Filed by Donald Grayson Peterson on behalf of Debtor Island Roofing and Restoration, LLC. (Attachments: # [1] Exhibit Ex. A - Hearing Memo) (Peterson, Donald). Related document(s) [376]. Modified on 9/25/2025 (RS). Doc #377

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.