ORDERED.

Dated: **October 20, 2025**

_____
Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:

ISLAND ROOFING AND RESTORATION, LLC     Case No. 2:23-bk-01419-FMD
                                                                         Subchapter V, Chapter 11

     Debtor.
_____/

**ORDER GRANTING DEBTOR'S MOTION TO APPROVE COMPROMISE OF CONTROVERSY BY AND BETWEEN THE DEBTOR AND RELIANT PUBLIC INSURANCE ADJUSTERS, LLC PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

THIS CAUSE came on for consideration upon the Debtor's Motion to Approve Compromise of Controversy by and between the Debtor and Reliant Public Insurance Adjusters, LLC ("Reliant") (collectively, the "Parties") pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure ("Motion") (Doc. No. 375). Upon consideration of the Motion the Court finds that the Motion was filed and appropriately served under the provisions of the Federal Rules of Bankruptcy Procedure and pursuant to Local Rules. No objections to the Motion were filed with the Court and the Court finds that notice was proper and adequate under the circumstances. Accordingly, it is:

ORDERED that:

1. The Motion is hereby granted.

2. Reliant's Amended Claim No. 20 in the amount of $300,000.00 shall be treated as an allowed secured claim.

3. Promptly after the conclusion and recovery of the Empire Litigation proceeds, net all of Empire Litigation related attorney's fees and costs, the Debtor will pay Reliant's Amended Claim No. 20.

4. The Parties shall not have any other claims by and between each other and the Debtor's estate.

5. The Debtor shall have the sole and exclusive authority to decide all litigation related decisions relating to the Empire Litigation, including but not limited to, whether to accept or reject any settlement proposals by any Defendant in the Empire Litigation.

6. The Parties are hereby authorized to take those steps necessary to consummate the terms of the compromise as set forth in the Motion.

7. This Order and the terms set forth in the Motion shall be binding on all parties in interest, including all creditors.

8. The Court shall retain jurisdiction to resolve any disputes relating to the matters at issue in the Motion and this Order.

cc: Attorney Alberto F. Gomez, Jr., Esq. is directed to serve a copy of this order on interested parties who do not receive service via the Court's CM/ECF system and file a proof of service within three (3) days of entry of this order.