ORDERED.

Dated: January 05, 2026

*Caryl E. Delano*
Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION
www.flmb.uscourts.gov

In re:                                                          Case No. 2:23-bk-01419-FMD
                                                                Chapter 11
Island Roofing and Restoration, LLC,

    Debtor.
_____/

**ORDER ON DEBTOR'S MOTION TO AMEND CLAIM OBJECTION
TO CONFORM TO THE EVIDENCE PRESENTED AT TRIAL**

THIS CASE came on for consideration without a hearing of the *Motion to Amend Objection to Claim No. 19 of NRG2, LLC to Conform to the Evidence Presented at Trial* filed by Debtor on October 10, 2025 (Doc. No. 379) (the "Motion").

The Motion seeks to amend Debtor's objection to NRG2, LLC's claim to conform to the evidence presented at trial. The statements in paragraph 9 of the

Motion are not supported by citations to the record. NRG has not responded to the Motion.

Accordingly, it is

**ORDERED:**

1. Within 14 days of entry this Order, Debtor shall file a supplement to the Motion that provides the record citations supporting the statements in paragraph 9.

2. Within 14 days of Debtor filing its supplement, NRG2, LLC shall file a written response to the Motion as supplemented.

The Clerk's Office is directed to serve a copy of this Order on interested parties via CM/ECF.