[Dntchrg] [District Notice of Hearing (Reaf)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:                                                    Case Number:
                                                          2:23–bk–01419–FMD
                                                          Chapter 11

Island Roofing and Restoration, LLC
dba Franks Roofing and Spraying
dba Island Roofing & Sheet Metal LLC
dba Island Services Roofing HVAC Electrical
    Plumbing

_____Debtor*_____/

NOTICE OF HEARING

**PLEASE TAKE NOTICE:**

1.  The Honorable Caryl E. Delano will conduct a non–evidentiary hearing on **May 28, 2026 at 11:00 AM in Room 4–102, Hearing Room, United States Courthouse, 2110 First St., Fort Myers, FL 33901** to consider the following:

**Announce Oral Ruling (Doc #177)**

2.  Unless otherwise notified, Judge Delano will conduct all Fort Myers hearings by Zoom from Tampa Courtroom 9A. Parties may attend the hearing by video or telephone via Zoom. UNLESS INSTRUCTED OTHERWISE, PARTIES MAY NOT APPEAR IN PERSON AT THE FORT MYERS COURTHOUSE. Parties are directed to consult Judge Delano's Procedures Governing Court Appearances regarding policies and procedures for attendance at hearings by video or telephone via Zoom, available at https://www.flmb.uscourts.gov/judges/delano. If you are unable to access the Court's website, please contact the Courtroom Deputy, Ann_DelloIacono@flmb.uscourts.gov at 813–301–5070 no later than 3:00 p.m. one business day before the date of the hearing.

3.  A party that opposes the relief sought in the matter to be heard must appear at the hearing; otherwise, any objection or defense may be deemed waived.

4.  The Court may continue this matter upon announcement made in open court and reflected on the docket without further written notice.

Avoid Delays. You must show a photo I.D. to enter the Courthouse. You may not bring a cell phone or a computer into the Courthouse unless you are an attorney with a valid Florida Bar identification card or a pro hac vice order, or the presiding judge has entered a specific order authorizing you to bring your cell phone or computer into the Courthouse. See Rule 7.02 of the Local Rules of the United States District Court and Local Bankruptcy Rule 5073–1.

Dated  May 14, 2026

FOR THE COURT
Jose A Rodriguez,
Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue
Suite 555
Tampa, FL 33602–3899

*All references to "Debtor" refer to both debtors in a case filed jointly by two individuals.

The Clerk's office is directed to serve a copy of this Notice on interested parties.