

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

05/28/2026 11:00 AM

COURTROOM Room 4-102

## HONORABLE CARYL DELANO

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **2:23-bk-01419-FMD** | **11** | **11/22/2023** |

**Chapter 11**

**DEBTOR:**      Island Roofing and Restoration, LLC

**DEBTOR ATTY:   Yasser Lakhlifi**

**TRUSTEE:       Ruediger Mueller**

**HEARING:**

Oral Ruling

Objection to Claim No. 19 of NRG 2, LLC. Filed by Alberto F Gomez Jr. on behalf of Debtor Island Roofing and Restoration, LLC Doc #177

**APPEARANCES::**
AAPPEARANCES: Donald Peterson, Alberto Gomez, Aimee Melich, Ricardo Rodriguez, Javier Rios, Clint Gagnon, Ruediger Mueller

**RULING:**
Announce Ruling on: Objection to Claim No. 19 of NRG 2, LLC. Filed by Alberto F Gomez Jr. on behalf of Debtor Island Roofing and Restoration, LLC Doc #177 -   For the reasons stated orally on the record in open Court, the Objection is sustained in part, and ruling is deferred in part on the balance of the objection pending a determination from the District Court of the amount of claim. Parties are to notify the Court when litigation is concluded. A status conference will then be set. O/Chambers Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.